438 P.2d 759

**STATE of Arizona, Appellee,**

v.

**Marlene WRIGHT, Appellant.**

**No. 9057–PR.**

Supreme Court of Arizona.

In Banc.

March 14, 1968.

Darrell F. Smith, Atty. Gen., by James S. Tegart, Asst. Atty. Gen., and Robt. K. Corbin, County Atty., Maricopa County by Patrick Eldridge, Deputy County Atty., Phoenix for appellee.

Kaplan & Wilks, by Alan J. Rubin, and Anne Kappes, Phoenix, for appellant.

S. Leonard Scheff, Tucson, Chief Counsel, Arizona Civil Liberties Union, Amicus Curiae.

UDALL, Vice Chief Justice:

In our decision in this case filed February 1, 1968, we made reference to returned checks admitted in the original trial for the purpose of showing a common scheme or plan of which the check upon which defendant was being prosecuted was merely a part.

We did not intend by this statement to hold that the checks are admissible without establishing their authenticity as instruments uttered by defendant.

Appellant's motion for rehearing is denied.

McFARLAND, C. J., and STRUCK-MEYER, BERNSTEIN and LOCK-WOOD, JJ., concur.